JOHN R. GARNER, Esq. (SBN 246729)
PETER C.L. CHEN, Esq. (SBN 246720)
CAITLIN J. HOFFMAN, Esq. (SBN 329192)
GARNER & ASSOCIATES LLP
520 Capitol Mall, Ste. 280, Sacramento, CA 95814
Telephone: (530) 934-3324 - john@garner-associates.com
peter@garner-associates.com / caitlin@garner-associates.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT DUTHIE, an individual residing in Montana, <br> Plaintiff(s), <br> v. <br> RIN, INC., a California Corporation; JEFF MILLER, an individual in California; ALEXANDER "SASHA" JENSON, an individual in California; WARNER BROS. ENTERTAINMENT INC., a Delaware corp.; and Does 1-10 <br> Defendant(s). | CASE NUMBER <br><br> 2:20-cv-10182-AB-PLA <br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) Warner Bros. Entertainment, Inc. _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Scott Duthie _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

05/21/2021
Date

*Signature of Attorney/Party*
Caitlin J. Hoffman, Esq.

*NOTE:* **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

**F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.